IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

CHAD MCCANN, TONY BRYAN and
KEVIN ABBOTT, Each individually and
on behalf of all others similarly Situated                                    PLAINTIFFS

VS.                                    NO. 4:20-CV-184-BRW

CCI GENERAL CONTRACTORS, LLC, and
BRANDON OGLESBY                                                              DEFENDANTS

## JOINT MOTION FOR APPROVAL
## OF STIPULATED FLSA COLLECTIVE ACTION SETTLEMENT

COME NOW Plaintiffs Chad McCann, Tony Bryan, and Kevin Abbott ("Named Plaintiffs") and Defendants CCI General Contractors, LLC ("CCI") and Brandon Oglesby ("Defendants"), by and through undersigned counsel, and for their Joint Motion for Approval of Stipulated FLSA Collective Action Settlement, the Parties state:

1.      Named Plaintiffs filed suit against Defendants asserting individual and putative collective action claims for violation of the Fair Labor Standards Act (FLSA) and individual claims for violation of the Arkansas Minimum Wage Act (AMWA), arising out of alleged misclassification as independent contractors and failure to pay proper overtime premiums.

2.      The Parties have reached an agreement to settle the claims arising out of the alleged misclassification of and failure to pay proper overtime premiums to individuals who worked as laborers on CCI's mobile phone retail store bundle project during the time period of February 24, 2018 through February 23, 2020, subject to

this Court's approval of the Collective Action Settlement Agreement and Release ("Agreement") attached as Exhibit 1 to this Joint Motion.

     3.     The Parties believe the Agreement is fair, reasonable, and adequate.

     4.     The Parties further request that the Court, for settlement purposes only, certify the following Settlement Collective under 29 U.S.C. § 216(b):

> Named Plaintiffs and the individuals who worked as laborers on CCI General Contractors, LLC's mobile phone retail store bundle project during the time period of February 24, 2018 through February 23, 2020 ("Settlement Collective Members").

     5.     The settlement, if approved, will result in notification to the Settlement Collective Members of their rights to participate in the settlement and claim their offered individual amounts calculated in the manner set forth in the brief filed in support of this Joint Motion and as reflected in Appendix A to the Agreement.

     6.     Accordingly, the Parties request that the Court review and approve the proposed Notice of Settlement and Consent to Join Settlement attached as Exhibit 2 to this Joint Motion.

     7.     This Joint Motion is supported by a contemporaneously filed brief.

     WHEREFORE, the Parties respectfully request that the Court approve the Agreement, Notice of Settlement, and Consent to Join Settlement, certify the Settlement Collective described in this Joint Motion, and retain jurisdiction in this matter through the settlement administration period.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Tel: 800-615-4946
Fax: 888-787-2040

By: Josh Sanford
     Ark. Bar No. 2001037
     josh@sanfordlawfirm.com

     Courtney Lowery
     Ark. Bar. No. 2019236
     courtney@sanfordlawfirm.com

     *Attorneys for Plaintiffs*

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
(501) 371-0808
Fax: (501) 376-9442
Email: jkim@wlj.com;
         qwhiteside@wlj.com

By: Jane A. Kim (2007160)
     Quinten J. Whiteside (2015196)

     *Attorneys for Defendants*

3

2236670-v1